UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC LAMONT BRASS, JR., | CASE NO. ED CV 17-908-AB (JCG) |
| Petitioner, | |
| v. | J U D G M E N T |
| DEBBIE ASUNCION, WARDEN, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: <u>August 2, 2018</u>.

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

C:\Users\isabelmartinez\AppData\Local\Temp\notes95E17C\JUDGMENT.wpd